

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

Counsel for Plaintiff

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   MAY 10 2017   ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------------X

JUAN LAS HERAS, Individually and on Behalf of All Others
Similarly Situated,

                Plaintiff,

                vs.

RENTECH, INC., JEFFREY R. SPAIN, and
KEITH B. FORMAN,

                Defendants.

-------------------------------------------------------------------------X

**CASE No.: 2:17-cv-00997-LDW-AYS**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

**CLASS ACTION**

PLEASE TAKE NOTICE that Plaintiff Juan Las Heras files this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendants have not filed an Answer or moved for summary judgment. A class has not been certified. Plaintiff has not previously dismissed an action based on or including the same claims as presented in this instant action.

Furthermore, there is a substantially similar action pending against the same Defendants in the United States Court for the Central District of California styled as *Cheng Jiangchen v. Rentech, Inc. et al,* Docket No. 2:17-cv-01490 (C.D. Cal. Feb 23, 2017), asserting claims under

1

Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated

thereunder, arising from the same conduct as the instant action. This dismissal is without

prejudice. Each party is to bear their own costs and fees.

Dated: May 5, 2017                          Respectfully submitted,

                                            **THE ROSEN LAW FIRM, P.A.**

                                            _____/s/ Phillip Kim_____
                                            Phillip Kim, Esq. (PK 9384)
                                            Laurence M. Rosen, Esq. (LR 5733)
                                            275 Madison Avenue, 34th Floor
                                            New York, New York 10016
                                            Telephone: (212) 686-1060
                                            Fax: (212) 202-3827
                                            Email: pkim@rosenlegal.com
                                            Email: lrosen@rosenlegal.com

                                            Counsel for Plaintiff

SO ORDERED

s/ Leonard D. Wexler

U.S.D.J.

CENTRAL ISLIP, NY
5/10/17

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of May 2017, a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim